BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Hanley.Chew@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR14-00458-PSG |
|---|---|---|
| Plaintiff, | ) | NOTICE AND [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | ) | |
| GALEN RALPH KANE, | ) | |
| Defendant. | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Information against defendant Galen Ralph Kane without prejudice.

DATED: November 3, 2015              MELINDA HAAG

                                                  United States Attorney

                                                  /s/
                                                  HANLEY CHEW
                                                  Assistant United States Attorney

1                              [~~PROPOSED~~] ORDER

2       The Court hereby grants the government leave to dismiss the Information against defendant

3  Galen Ralph Kane without prejudice.

5  DATED:   11/4/2015

   _____
   HONORABLE PAUL S. GREWAL
   United States Magistrate Judge